# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO CERVANTES, JR., | Case No. CV 10-9202 JCG |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is **dismissed without prejudice**.

Dated: March 20, 2012

_____
Hon. Jay C. Gandhi
United States Magistrate Judge