# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO CERVANTES, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV 10-9202 JCG<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **dismissed without prejudice**.

Dated: March 20, 2012

_____
Hon. Jay C. Gandhi
United States Magistrate Judge